**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRETT ALLEN HOFFERT,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | **No. 13-0183** |
| ***Acting Commissioner, Social Security*** | : | |
| ***Administration,*** | : | |
| **Defendant.** | : | |

## O R D E R

AND NOW, this 13th day of December, 2013, upon consideration of Mr. Hoffert's Brief and Statement of Issues in Support of Request for Review, Defendant's Response to Mr. Hoffert's Request for Review, and Mr. Hoffert's Reply, and after review of United States Magistrate Judge Thomas J. Rueter's Report and Recommendation, to which no objections have been filed,[1] **it is hereby ORDERED that:**

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. Mr. Hoffert's Request for Review is GRANTED, and the decision of the Commissioner of the Social Security Administration is REVERSED to the extent that the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with Judge Rueter's Report and Recommendation;

3. JUDGMENT IS ENTERED in favor of Mr. Hoffert, thereby reversing the decision of the Commissioner for the purpose of this remand only; and

4. the Clerk of Court shall mark this case CLOSED for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1] The Local Rules provide that "[a]ny party may object to a magistrate judge's order determining a motion or matter . . . within fourteen (14) days after issuance of the magistrate judge's order . . . ." E.D. Pa. Local R. Civ. P. 72.1(IV)(a). Judge Rueter issued his Report and Recommendation on November 25, 2013 (Docket No. 16); objections were therefore due December 9, 2013.